UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 16-5527

Case Name: Cheryl Martin, et al. vs. Carolyn Colvin

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

Carolyn W. Colvin, Acting Commissioner of Social Security

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☑ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

_______________________________________________

Name: Thomas Pulham Admitted: ____________
(Sixth Circuit admission date only)

Signature: s/ Thomas Pulham

Firm Name: United States Department of Justice, Civil Division, Appellate Staff

Business Address: 950 Pennsylvania Avenue NW

Suite: 7323 City/State/Zip: Washington, DC 20530

Telephone Number (Area Code): 202-514-4332

Email Address: thomas.pulham@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on May 3, 2016 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Thomas Pulham